ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>SHADOW SPRINGS COMMUNITY ASSOCIATION; 6364 GLENOLDEN STREET TRUST; and RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-02677-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION TO FILE A RESPONSE TO RED ROCK FINANCIAL SERVICES, LLC'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

Pursuant to LR 6-1 and 7-1, Plaintiffs Bayview Loan Servicing, LLC ("Bayview") and Federal Home Loan Mortgage Corporation ("Freddie Mac") and Defendant Red Rock Financial Service, LLC ("Red Rock") agree and stipulate to extend the deadline for Plaintiffs to file their Response to Red Rock's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [Dkt. No. 7] to **January 9, 2017**. An extension is necessary to allow Plaintiffs to sufficiently respond to Red Rock's motion.

///

///

///

///

1

This is the first request related to Plaintiffs' response and the extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED this 21st day of December, 2016.

| AKERMAN LLP | KOCH & SCOW, LLC |
|---|---|
| By:/s/ *Rex D. Garner*<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Rex D. Garner, Esq.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation* | By: /s/ *Steven B. Scow*<br>David R. Koch, Esq.<br>Nevada Bar No. 8830<br>Steven B. Scow, Esq.<br>Nevada Bar No. 9906<br>Brody B. Wight, Esq.<br>Nevada Bar No. 13615<br>11500 South Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br><br>*Attorneys for Red Rock Financial Services, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

  12/22/16
_____
DATED

2