ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiffs,<br>vs.<br><br>SHADOW SPRINGS COMMUNITY ASSOCIATION; 6364 GLENOLDEN STREET TRUST; and RED ROCK FINANCIAL SERVICES,<br><br>                    Defendants. | Case No.: 2:16-cv-02677-JAD-CWH<br><br>**Order Granting Parties' Stipulation to Allow Plaintiffs to File an Amended Complaint and Denying Without Prejudice Red Rock Financial Services, LLC's Motion to Dismiss**<br><br>[ECF Nos. 7, 25] |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that plaintiffs may file an Amended Complaint.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

This is the first request to amend and the request is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED this 1st day of February, 2017.

| **AKERMAN LLP** | **KOCH & SCOW, LLC** |
|---|---|
| By:/s/ *Rex D. Garner*<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Rex D. Garner, Esq.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation* | By: /s/ *Steven B. Scow*<br>David R. Koch, Esq.<br>Nevada Bar No. 8830<br>Steven B. Scow, Esq.<br>Nevada Bar No. 9906<br>Brody B. Wight, Esq.<br>Nevada Bar No. 13615<br>11500 South Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br><br>*Attorneys for Red Rock Financial Services, LLC* |

**PENGILLY LAW FIRM**

By: /s/ *Elizabeth Lowell*
Elizabeth Lowell, Esq.
Nevada Bar No. 6085
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134

*Attorneys for Shadow Springs Community Association*

## **ORDER**

IT IS HEREBY ORDERED that the parties' stipulation to allow plaintiffs to file an amended complaint **[ECF No. 25]** is **GRANTED**. Plaintiffs shall file their amended complaint by **February 16, 2017.**

IT IS FURTHER ORDERED that Red Rock Financial Services, LLC's motion to dismiss **[ECF No. 7]** is **DENIED** without prejudice as moot.

Dated: February 2, 2017

_____
Jennifer A. Dorsey
United States District Judge

2