ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>SHADOW SPRINGS COMMUNITY ASSOCIATION; 6364 GLENOLDEN STREET TRUST; and RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-02677-JAD-DJA<br><br>**REVISED STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENT OPPOSITION AND REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>ECF No. 66 |

Plaintiffs and 6364 Glenolden Street Trust stipulate as follows:

1. Plaintiffs filed a motion for summary judgment on July 25, 2019 (ECF No. 61).

2. 6364 Glenolden filed a response to Plaintiff's motion on August 15, 2019 (ECF No. 63).

3. The parties have discussed 6364 Glenolden filing a revised opposition or errata to same based on new authority related to the arguments set forth therein.

4. To accommodate such discussions and potential for simplification of the issues in the motion, the parties have agree to permit 6364 Goldenolden up to September 13, 2019 to file any errata or supplement.

4. Plaintiffs' reply supporting its motion shall be due on or before September 27, 2019.

1

This is the first revised request to extend and the request is not submitted for the purpose of delay or to cause undue prejudice to any party, but to potentially simplify the issues raised in the motion and opposition and address new case law.

DATED this 6th day of September, 2019.

| **AKERMAN LLP** | **AYON LAW** |
|---|---|
| By:/s/ *Rex D. Garner* <br> Ariel E. Stern, Esq. <br> Nevada Bar No. 8276 <br> Rex D. Garner, Esq. <br> Nevada Bar No. 9401 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation* | By: */s/ Luis A. Ayon* <br> Luis Alonso Ayon, Esq. <br> Nevada Bar No. 9752 <br> 8716 Spanish Ridge Avenue, Suite 115 <br> Las Vegas, Nevada 89128 <br><br> *Attorneys for 6364 Glenolden Street Trust* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-02677-JAD-DJA

9-17-19
DATED

2